FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2020

No. 04-20-00349-CV

**CITY OF FREDERICKSBURG, TEXAS**,
Appellant

v.

**E.290 OWNERS' COALITION**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15758
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The appellant's reply brief is due on or before November 25, 2020.

    It is so **ORDERED** November 19, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT